Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

JUL 06 2021

# UNITED STATES DISTRICT COURT
Clerk, U.S. Courts
District of Montana
Missoula Division

for the

District of Montana

Missoula Division

ANTHONY WEIMER )
) Case No. _____
*Plaintiff(s)* ) *(to be filled in by the Clerk's Office)*
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
MSFT WASHINGTON CORPORATION, a )
Washington Coporation; GOOGLE LLC, a Delaware )
limited liability company. )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ANTHONY WEIMER |
| Street Address | 350 N MERIDIAN RD BOX 10801 |
| City and County | CITY OF KALISPELL AND FLATHEAD COUNTY |
| State and Zip Code | MONTANA 59901 |
| Telephone Number | 406.309.0321 |
| E-mail Address | ant_weimer@yahoo.com [underscored space] |

    **B.    The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: MSFT WASHINGTON CORPORATION (C1868807)
- Job or Title *(if known)*: Technology Company
- Street Address: One Microsoft Way
- City and County: City of Redmond and King County
- State and Zip Code: Washington and 98052-6399
- Telephone Number: 1 (800) 642-7676
- E-mail Address *(if known)*: N/A

Defendant No. 2
- Name: GOOGLE LLC (201727810678)
- Job or Title *(if known)*: Technology Company
- Street Address: 1600 Amphitheatre
- City and County: City of Mountain View and Santa Clara County
- State and Zip Code: California and 94043
- Telephone Number: 1 (650) 253-0000
- E-mail Address *(if known)*: N/A

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Blocking, screening and restricting obscene matter per 47 U.S. Code §§ 230 and 231; Racketeering in prohibited activities per 18 U.S. Code § 1962, defining activities per 1961(1)(A)-(B), and containing the provisions of 18 U.S. Code § 1462 and 1465 (relating to importation, transportation and distribution of obscene matter).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* ANTHONY WEIMER , is a citizen of the State of *(name)* MONTANA .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* __MSFT WA CORPORATION__, is incorporated under the laws of the State of *(name)* __WASHINGTON__, and has its principal place of business in the State of *(name)* __WASHINGON__.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

i. In justiciable controversy with MSFT Washington Corporation is the amount of $785,000,000 + $36,000,000 x treble.

ii. In justiciable controversy with Google LLC is the amount of $785,000,000 + $36,000,000 x treble.

Because:   The provisions of 47 U.S.C. § 231(a)(3) and 18 U.S.C. 1964(c) cause justiciable controversy.
   ALL above named Defendants had prior opportunity to mitigate instead of advocating and instigating for an unlawful and invalid courts order for case dismissal with prejudice, while of party, in opposition to Weimer's official business in the Montana district court and Ninth Circuit court of appeals, known as, cause No. CV 18-19-M-DLC-JCL and appeal No. 19-35009.

## III. Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Flathead County, State of Montana, United States of America.

B. What date and approximate time did the events giving rise to your claim(s) occur?

2001-2021 and present.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Both Defendants, respectively, control and manage Interactive Computer Services (ICS) and are Information Content Providers (ICP).

Section 230(c)(1) and (2) of the Communications Decency Act (CDA), provides protection from liability to providers and users of an ICS and ICP.

Section 231(b)(4) of the CDA requires ICS' and ICP' to restrict minors access to obscenity.

18 U.S.C. § 1962 prohibits acts caused in violation of 18 U.S.C. § 1461-1465 as a racketeering activity.

In April of 2018, Plaintiff, Anthony Weimer, filed in Montana district court, Missoula division, a civil action against the above named Defendants for violations of sections 230-231 of the CDA that caused personal injury. The above named Defendants moved to dismiss the action bypassing the claim to their unrestricted curated distribution of adult material (obscene matter, i.e. hardcore pornography) while such material is not within the protections secured by section 230 immunity. The Defendants working in these activities destroyed Weimer's official business in the Montana district court and Ninth Circuit court of appeals, and continues to cause injury to Weimer's character property traits in business.

Injurious evidences of Defendants to Weimer's official court business is of official court record.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

      The claims raised bind directly to criminal statutes under Title 18, Chapter 71 relating to obscenity. Compensation cannot be measured where Weimer is not lawfully authorized to motion the Court for leave to file a complaint to criminally charge the Defendants.

      The Defendants association and distribution with obscene matter is a sustaining injury to Weimer's character property traits in business.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

i.     Plaintiff is in request of the full amount in controversy as scribed and based at II(B)(3) of this complaint.

ii.    Plaintiff demands that ALL Defendants at minimum restrict obscene matter to adults only in operational compliance with 47 U.S. Code § 231(c)(1)(A),(B) or (C).

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/1/2021

Signature of Plaintiff

Printed Name of Plaintiff    ANTHONY WEIMER

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

ANTHONY WEIMER

v.

MSFT WASHINGTON CORPORATION, a Washington Coporation;
GOOGLE LLC, a Delaware limited liability company.

Additional Named Defendant with applicable Diversity of Citizenship

II(B)(2)(b).

The defendant,_____GOOGLE LLC_____, is incorporated under the laws of the State of _____Delaware_____, and has its principle place of business in the State of _____California_____.

Date: 07/1/2021

Signature:_____.