IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANTHONY WEIMER,<br><br>               Plaintiff,<br><br>   vs.<br><br>GOOGLE, INC.; MICROSOFT<br>CORPORATION,<br><br>               Defendants. | CV 21–78–M–DLC<br><br><br>ORDER |

Defendant Microsoft Corporation, by and through its attorney Nathan Bilyeu, moves this Court for the admission of Simon J. Frankel and Breanna K. Jones *pro hac vice* in the above-captioned matter.  (Docs. 14–15.)  Mr. Bilyeu intends to act as local counsel.  (*Id.*)  The applications appear to be in order.

Accordingly, IT IS ORDERED that Mr. Frankel's and Ms. Jones' motions to appear *pro hac vice* (Docs. 14–15) are GRANTED on the condition that they do their own work.  This means that Mr. Frankel and Ms. Jones must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally.  Mr. Frankel and Ms. Jones shall take steps to register in the Court's electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Frankel and Ms. Jones file a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 6th day of October, 2021.

Dana L. Christensen, District Judge
United States District Court