IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANTHONY WEIMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE LLC; MICROSOFT CORPORATION,<br><br>　　　　Defendants. | CV 21–78–M–DLC<br><br><br>ORDER |

Currently pending before the Court is Plaintiff Anthony Weimer's disqualification motion. (Doc. 9.) Following Defendant Google LLC's appearance in this matter, the Court ordered it to file a response this motion (Doc. 9) on or before October 19, 2021. (Doc. 13.) The Court will now do the same for Defendant Microsoft Corporation.

Accordingly, IT IS ORDERED that Microsoft shall file a response to Plaintiff's disqualification motion (Doc. 9) on or before October 19, 2021. Plaintiff may file an optional reply brief to the response briefs filed by Microsoft and Google on or before November 2, 2021.

DATED this 7th day of October, 2021.

_____
Dana L. Christensen, District Judge
United States District Court