IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANTHONY WEIMER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GOOGLE INC.; MICROSOFT CORPORATION,<br><br>　　　　　　Defendants. | CV 21-78-M-BMM<br><br>ORDER |

Plaintiff Anthony Weimer ("Weimer") filed a motion requesting that the Court disqualify then-presiding Judge Dana Christensen on September 13, 2021. (Doc. 9). The Court reassigned the case to Judge Brian Morris on October 15, 2021. (Doc. 21). Weimer filed an objection in which he requested that Judge Morris recuse himself and either Judge Christensen be re-assigned or a new judge be assigned. (Doc. 22).

The Court dismisses Weimer's motion to disqualify Judge Christensen (Doc. 9) as moot. Judge Christensen is no longer assigned to this case. (Doc. 21). The prejudice Weimer alleged previously is no longer at issue.

Weimer objects to Judge Morris's assignment for the sole reason that Judge Morris signed the order making the re-assignment. Weimer argues that Judge Morris's signing his own assignment presents an appearance of impropriety. (Doc. 22 at 3). The Court denies Weimer's objection. As Chief Judge for the District of

Montana, Judge Morris's responsibilities include allocating and assigning cases. *See* Local Rule 1.2.

For the reasons set forth above, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Disqualify Judge (Doc. 9) is **DENIED**.

2. Plaintiff's Objection/Motion for Reconsideration (Doc. 22) is **DENIED**.

DATED this 14th day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court