UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY C. WEIMER,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation and GOOGLE, LLC, a Delaware limited liability company,<br><br>　　　　Defendants - Appellees. | No. 22-35246<br><br>D.C. No. 9:21-cv-00078-BMM<br>U.S. District Court for Montana, Missoula<br><br>**MANDATE** |

The judgment of this Court, entered July 05, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT